**KEA v. DEPARTMENT OF HEALTH & HUMAN SERVS.**

[357 N.C. 654 (2003)]

LEON KEA, Petitioner v. DEPARTMENT OF HEALTH AND HUMAN SERVICES, O'BERRY CENTER, Respondent

No. 603A02

(Filed 5 December 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 153 N.C. App. 595, 570 S.E.2d 919 (2002), reversing and remanding an order entered 2 April 2001 by Judge Narley C. Cashwell in Superior Court, Wake County. Heard without oral argument pursuant to Rule 30(d) of the Rules of Appellate Procedure in the Supreme Court 18 November 2003.

*Allen & Pinnix, P.A., by Angela Long Carter and M. Jackson Nichols, for petitioner-appellant.*

*Roy Cooper, Attorney General, by Lisa Granberry Corbett, Assistant Attorney General, for respondent-appellee.*

PER CURIAM.

AFFIRMED.